# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08 - 065 | MAGIS. NO: |
| V.<br><br>DELANTE D. WHITE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Delante D. White | |
| WARRANT ISSUED ON THE BASIS OF:    INDICTMENT | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE

**FILED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>21:841(a)(1) and 841(b)(1)(A)(iii) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br><br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br><br>U.S. MAGISTRATE JUDGE KAY | DATE ISSUED:<br><br>3/18/08 |
|---|---|---|
| CLERK OF COURT:<br><br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br><br>3/18/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  3/25/2008 | NAME AND TITLE OF Receiving OFFICER | SIGNATURE OF Receiving OFFICER |
|---|---|---|
| DATE EXECUTED  3/28/2008 | DUSM Julie Carroll | Julie Carroll |
| HIDTA CASE:   Yes    No  X | | OCDETF CASE:   Yes    No  X |