UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-65(PLF)** |
| | : | |
| v. | : | |
| | : | |
| **DELANTE D. WHITE,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Karla-Dee Clark, at telephone number (202) 305-1368 and/or email address Karla-Dee.Clark@usa.usdoj.gov  Karla-Dee Clark  will substitute for Assistant United States Attorney Angela S. George as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney

        _____
        KARLA-DEE CLARK
        Assistant United States Attorney
        Federal Major Crimes, Bar No. 435-782
        555 4th Street, NW,  Room 4846
        Washington, DC 20530
        (202) 305-1368