UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 08-065(PLF)** |
| v. | : | |
| | : | |
| **DELANTE WHITE** | : | |
| | : | |

# P R A E C I P E

The Clerk of the Court will please enter the appearance of Charles F. Daum as the Attorney of record for the defendant, Delante White in the above captioned case.

Respectfully Submitted,

_____
Charles F. Daum
736 5th Street, N.E.
Washington, DC 20002
Tel: 202-546-8886
DC BAR 952481