UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.:08-065(PLF) |
| v. | : | Judge Friedman |
| DELANTE WHITE | : | May 1, 2008 |
| Defendant. | : | |

DEFENDANT WHITE'S MOTION
FOR A BILL OF PARTICULARS

COMES NOW the defendant Delante White, by and through counsel Charles F. Daum, who respectfully moves this Court to grant his Motion for a Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. In support of this motion, the defendant avers the following:

1. Defendant White is presently charged, with unlawful possession with intent to distribute cocaine.

2. On February 14, 2008, Officer Joseph Abdalla filed an affidavit in support of the Metropolitan Police Department's ("MPD") request for a warrant to search a residence at 637 Hamlin Street, Northeast, apartment #2, Washington, D.C.

3. In the affidavit, Officer Abdalla supports the MPD's request for a search warrant solely with the assertions of a confidential informant. According to Officer Abdalla, the confidential informant told an FBI agent that he witnessed Mr. White engage in a sale of crack cocaine at the aforementioned address sometime in the last seventy-two hours. The

    seventy-two hour period is not established with any degree of particularity.  Though it is not expressly stated, it is logical that Officer Abdalla learned of the confidential informant's "tip" from an agent of the Federal Bureau of Investigation ("FBI").

4. To properly mount a defense, Mr. White requires more information regarding this alleged sale.  He needs the Government to clarify exactly when it purports that Mr. White sold crack cocaine.  Furthermore, he needs to know what the confidential informant was doing when he allegedly witnessed Mr. White sell narcotics.  Finally, given that the confidential informant made his report to an FBI agent, and not Officer Abdalla, Mr. White needs to know how Officer Abdalla learned of the confidential informant's claim.

WHEREFORE, the defendant respectfully requests this Court to grant Mr. White's Motion for a Bill of Particulars instructing the Government to disclose the missing information chronicled in paragraph four found above.  These disclosures are necessary, if Mr. White is to have a meaningful opportunity to exercise his Constitutional right to prepare a defense.

    Respectfully submitted,

_____

    Charles F. Daum, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No. 08-065(PLF) |
| v. | : | |
| | : | |
| **DELANTE WHITE** | : | |
| | : | |

## ORDER

Now before the Court is the Defendant's Motion for a Bill of Particulars. The Court having reviewed the defendant's motion, the Government's response to the defendant's motion, as well as hearing the arguments of counsel on the issue; the Court now finds that there is good and sufficient reason to grant the defendant's motion.

Accordingly, this _____ day of May, 2008, it is Hereby ORDERED that the Government provide the defendant with the answers to the three questions set forth in his Motion. The Government shall file its response with the Court and provide a copy to the defendant no later then the _____ day of May 2008.

_____
Paul L. Friedman
United States District Judge