UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.:08-065(PLF) |
| v. | : | Judge Friedman |
| DELANTE WHITE | : | May 1, 2008 |
| Defendant. | : | |

**MOTION FOR REVIEW AND MODIFICATION
OF CONDITIONS OF PRE TRIAL RELEASE**

Comes now the defendant Delante White, by and through counsel Charles F. Daum, who respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3145 (b), to review and modify his present pre trial detention. In support of this motion the defendant avers the following:

1. Defendant White is currently detained at the District of Columbia Jail. He has been held without bond since March 28, 2008.

2. The defendant is before the Court charged with one count of the unlawful possession with the intent to distribute cocaine.

3. This case came before the Court by way of a Grand Jury Original Indictment and the defendant was held without bond by Magistrate Judge Robinson following a factual proffer by the Government. No evidentiary hearing concerning bond has been held.

4. The defendant is a life long resident of the District of Columbia area.

5. The defendant has a verified address, where he will reside if released, of 2613 Kirkwood Place apartment 204, Hyattsville, Maryland 20782.

6. The defendant is 23 years of age. The defendant has one prior conviction in the Superior Court in the District of Columbia case number 2002 FEL3095. The disposition of that case was a probationary sentence of 24 months which according to the Pre Trial Services Agency, terminated satisfactorily on January 21, 2004.

7. The defendant is a High School graduate, having obtained a diploma.

8. The Pre Trial Services Agency does not report the defendant to evidence the presence of any controlled substances.

9. Although the defendant is not presently employed on a full time basis the defendant has several family members who live in the District of Columbia and can provide support to him pending trial.

10. During the pendency of this case the Government has disclosed <u>Brady</u> evidence which in large measure puts into question the defendant's tie to drugs found at a location where he was not present.

11. Because less restrictive conditions of release exist, short of preventive detention, which could assure defendant White's appearance in Court, and protect the safety of the community, it is respectfully requested that the Court modify the defendant's bond status.

Wherefore, given the foregoing reasons and for such others as may appear to this Honorable Court, defendant White respectfully requests that this motion be granted and the Court modify his bond conditions.

          Respectfully Submitted,

          _____"/s/"_____
          Charles F. Daum, Esquire
          Attorney for Delante White
          736 5th St. N.E.
          Washington, DC 20002
          DC Bar #952481
          Phone: (202) 546-8886
          Fax: (202) 546-0330
          Email: charlesdaum@verizon.net

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of Defendant Delante White's Motion for Review and Modification of Conditions of Pre Trial Release was sent by ECF and facsimile this 30th day of April 2008 to Assistant United States Attorney, Karla Dee Clark.

AUSA Karla Dee Clark
United States Attorneys Office
555 Fourth St. N.W. Room 4846
Washington, DC 20530
Fax: (202) 353-9414
Phone: (202)305-1368

          Respectfully Submitted,

          _____
          Charles F. Daum