UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Criminal No. 08-0065 (PLF) |
| DELANTE WHITE, | ) ) | |
| Defendant. | ) ) ) | |

ORDER

           This matter came on for a hearing on the defendant's motion for a bill of particulars and his motion for review and modification of conditions of pretrial release. The Court considered the motions papers, the findings of fact and statement of reasons in support of order of detention previously filed by Magistrate Judge Robinson, and the oral arguments of counsel. For the reasons stated in open court, it is hereby

        ORDERED that defendant's motion for a bill of particulars is DENIED; it is

        FURTHER ORDERED that, the court having concluded that the defendant poses a significant risk of danger to the community and has not rebutted the presumption set forth in the Bail Reform Act of 1984, the motion to modify the conditions of pretrial release is DENIED; the defendant shall remain detained pending trial; and it is

        FURTHER ORDERED that defendant shall file his motion for suppression of evidence on before May 14, 2008; the government shall file its opposition on or before May 28,

2008; and defendant shall file his reply on or before June 13, 2008. A motions hearing on this motion shall be held on June 19, 2008 at 10:00 a.m.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: May 1, 2008              United States District Judge