UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Criminal No. 08-0065 (PLF) |
| DELANTE WHITE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

By order dated May 1, 2008, the Court ordered that the defendant file any motion to suppress evidence and any other substantive motions on or before May 14, 2008. No motions have been filed. Accordingly, the motions hearing scheduled for June 19, 2008 at 10:00 a.m. is hereby converted to a status conference. Counsel shall be prepared to set a trial date at that time. The Court is available to try this case during the week of July 7, 2008.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: July 17, 2008                United States District Judge