UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-065 (PLF) |
| | : | |
| v. | : | |
| | : | |
| DELANTE D. WHITE | : | |
| | : | |
| Defendant. | : | |
| | : | |

**INFORMATION TO ESTABLISH PRIOR
CONVICTION FOR FELONY DRUG OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, DELANTE D. WHITE, has the following prior conviction for a felony drug offense:

**Distribution of Cocaine and Possession With Intent to Distribute Cocaine
Case No. 2002FEL003095
District of Columbia
Date: December 19, 2002**

Accordingly, in the pending case, the defendant is subject to a **20-year mandatory minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(A), which provides in relevant part: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may

not be less than 20 years..."

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney

By:       /s/
                                              Karla-Dee Clark
                                              Assistant United States Attorney
                                              D.C. Bar No. 435-782
                                              555 4th Street, N.W. , Rm 4846
                                              Washington, DC 20530
                                              (202) 305-1368; Fax (202) 353-9414
                                              Karla-Dee.Clark@usdoj.gov

                                          CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I caused a copy of the foregoing to be served by first class United States mail upon the attorney for the defendant, Charles Daum, Esq., 736 5th Street, N.E., Washington, D.C.  20002, and by facsimile to (202) 546-0330, this 18th day of June, 2008.

                                                   /s/
                                              Karla-Dee Clark
                                              Assistant United States Attorney