UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-065 (PLF) |
| | : | |
| v. | : | |
| | : | |
| DELANTE D. WHITE | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S NOTICE TO THE COURT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice to the Court regarding the evidence in this case.

The government has located the evidence in the above-captioned case. However, upon information and belief at this time, the $2,000 in United States currency that was recovered during the execution of the search warrant at 637 Hamlin Street, N.E., Apartment 2, Washington, D.C., has been seized by the Metropolitan Police Department for civil forfeiture. A search is still being conducted for the evidence in Superior Court criminal case number 2002FEL003095.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:      /s/
Karla-Dee Clark
Assistant United States Attorney
D.C. Bar No. 435-782
555 Fourth Street, N.W., Room 4846
Washington, D.C. 20530
(202) 305-1368
Karla-Dee.Clark@usdoj.gov